**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name FOSTER CLEAVON Y
(Last)        (First)        (Initial)

Prisoner Number #2350166

Institutional Address COUNTY JAIL #5' P.O. BOX 67'
SAN BRUNO' CALIFORNIA - 94066

================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CLEAVON Y. FOSTER
(Enter the full name of plaintiff in this action.)

vs.

DISTRICT ATTORNEY
MS. KAMALA HARRIS

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 1125
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement SAN FRANCISCO COUNTY JAIL #5

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO (X)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  THIS Petition does NOT WARRANT AdmiNISTRATIVE Review

2. First formal level  NA

3. Second formal level  NA

4. Third formal level  NA

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. THIS Petition does NOT WARRANT AdmiNISTRATIVE Review

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
CLeavoN Y. FOSTeR' CouNTY JAiL #5' P.O. BOX 67' SAN BRuNo' CA- 94066

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                           - 2 -

1  place of employment.
2  DISTRICT ATTORNEY ~ MS. KAMALA HARRIS
3  HALL OF JUSTICE. ' 850 BRYANT STREET'
4  SAN FRANCISCO' CALIFORNIA - 94103
5
6  _____ III.
7  Statement of Claim
8  State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 I WAS ARRESTED ON JAN. 8TH, 2008. HELD IN
13 CUSTODY. THEN TAKEN TO A ARRAIGNMENT
14 HEARING ON JAN. 15TH, 2008. WHICH IS "7"
15 DAYS AFTER MY ARREST. THIS IS A -
16 direct VIOLATION OF PENAL CODE # 825. A
17 VIOLATION OF MY DUE PROCESS RIGHTS UNDER
18 THE 5TH AND 14TH AMENDMENTS TO THE
19 United States Constitution. VIOLATION OF
20 THIS STATUE HAS IMPAIRED AND PREJUDICED
21 MY ABILITY FOR A defense. I HAVE
22 WRITTEN TO THE COURTS ASKING FOR THEM
23 TO STOP THIS ILLEGAL PRACTICE...
24
25 IV.   Relief
26 Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                    - 3 -

1  I AM ASKING FOR $999.99/100 PER EACH DAY
2  THAT I AM UNLAWFULLY detained. I AM
3  SUFFERING GREATLY FROM STRESS. PP
4  AND A dismissAL OF THIS illegAL PROSECUTION

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this _February_ day of __10th__, 20_08_

11  _Cleavon Foster_
12  (Plaintiff's signature)

COMPLAINT — 4 —

