1

2

3

4

5

6

7

8

9

**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JSW

10 CLEAVON Y. FOSTER

11                                    Plaintiff,

12      vs.

13 DISTRICT ATTORNEY

14 KAMALA HARRIS  Defendant.

15

CASE NO. 08   1125

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

(PR)

E-filing

16         I, _____, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22         In support of this application, I provide the following information:

23 1.      Are you presently employed? Yes ____ No ✗

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____Ø_____ Net: _____Ø_____

27 Employer: _____— NONE —_____

28 _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ − NA − _____

5  _____ − NA − _____

6  _____ − NA − _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.   Business, Profession or                          Yes ___ No X

10         self employment

11     b.   Income from stocks, bonds,                      Yes ___ No X

12         or royalties?

13     c.   Rent payments?                                  Yes ___ No X

14     d.   Pensions, annuities, or                         Yes ___ No X

15         life insurance payments?

16     e.   Federal or State welfare payments,              Yes ___ No X

17         Social Security or other govern-

18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ − NA − _____

22  _____ −NA − _____

23  3.    Are you married?                                  Yes ___ No X

24  Spouse's Full Name: _____ NA _____

25  Spouse's Place of Employment: _____ NA _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ NA _____ Net $_____ NA _____

28  4.    a.    List amount you contribute to your spouse's support:$ _____ ∅

1     b.     List the persons other than your spouse who are dependent upon you for

2               support and indicate how much you contribute toward their support. (NOTE:

3               For minor children, list only their initials and ages. DO NOT INCLUDE

4               THEIR NAMES.).

5     — NA —

6     — NA —

7     5.     Do you own or are you buying a home?     Yes ___ No X

8     Estimated Market Value: $____ NA ____ Amount of Mortgage: $____ NA ____

9     6.     Do you own an automobile?     Yes ___ No X

10    Make ___ NA ___ Year ___ NA ___ Model ___ NA

11    Is it financed? Yes ____ No X If so, Total due: $ ____ NA

12    Monthly Payment: $ ____ NA

13    7.     Do you have a bank account? Yes ____ No X (Do not include account numbers.)

14    Name(s) and address(es) of bank: ____ NA

15    NA

16    Present balance(s): $ ____ NA

17    Do you own any cash? Yes ___ No X Amount: $ ____ Ø

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ___ No X

20

21    8.     What are your monthly expenses?

22    Rent: $ ____ Ø ____ Utilities: ____ Ø

23    Food: $ ____ Ø ____ Clothing: ____ Ø

24    Charge Accounts:

25    Name of Account     Monthly Payment     Total Owed on This Acct.

26    ____ $ ____ $ ____

27    NA $ ____ NA $ ____ NA

28    ____ $ ____ $ ____ 9. Do

1   you have any other debts? (List current obligations, indicating amounts and to whom they are

2   payable. Do <u>not</u> include account numbers.)

3   _____ NA _____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No ~~✗~~

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11         I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13         I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _2 - 10 - 0 8_____          Cleavon Foster

17        DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28