IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAVON Y. FOSTER, ) | No. C 08-1125 JSW (PR) |
| Plaintiff, ) | **JUDGMENT** |
| vs. ) | |
| DISTRICT ATTORNEY KAMALA HARRIS, ) | |
| Defendant. ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: May 8, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLEAVON Y FOSTER,

    Plaintiff,

v.

DISTRICT ATTORNEY et al,

    Defendant.

Case Number: CV08-01125 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cleavon Y. Foster
#2350166
P.O. Box 67
San Bruno, CA 94066

Dated: May 8, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk